UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


IN RE:                              )     CASE NO: 04-52121-399
                                    )
MICHAEL RAY NOBLE                   )
                                    )     CHAPTER 13
REGINA RENEE NOBLE                  )
                                    )
                  DEBTOR(S)         )


                 LIST OF UNCLAIMED FUNDS AND ENTITIES
                    WHICH ARE ENTITLED TO PAYMENT

      COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):

MICHAEL RAY & REGINA RENEE NOBLE
8316 AMHERST ST                           $              65.00

UNIVERSITY CITY MO
444444                  63130


                                    /s/ John V. LaBarge, Jr.
                                    ------------------------------------
DATE: June 30, 2010                 JOHN V. LABARGE, JR.,
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 430908
                                    St. Louis, MO 63143
XC -091                             (314) 781-8100   trust33@ch13stl.com